B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)   Case Number **15–69712–pwb**

## United States Bankruptcy Court for the Northern District of Georgia

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/12/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Barry A Durham
3144 Baywood Court
Conyers, GA 30013

| Case Number:<br>**15–69712–pwb** | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–2401 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Shannon D Sneed<br>Shannon D. Sneed & Associates PC<br>2112 Lee Street<br>P. O. Box 1245<br>Covington, GA 30015<br>Telephone number: (770) 788–0011 | Bankruptcy Trustee (name and address):<br>Janet G. Watts<br>600 North Glynn Street<br>Suite C<br>Fayetteville, GA 30214<br>Telephone number: (770) 461–1320 |

### Meeting of Creditors

Date: **November 9, 2015**                                                         Time: **02:30 PM**

Location: **Third Floor – Room 365, Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303**

**NOTICE TO DEBTOR(S):** Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number. **Additionally, you must provide the trustee whose name appears above with a copy of your most recently filed income tax return. This should be provided at least 7 days before the meeting of creditors. DO NOT FILE YOUR TAX RETURN WITH THE COURT. Please bring a copy of this notice with you to the Meeting of Creditors. Cellular phones and other devices with cameras will NOT be allowed beyond security checkpoints.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 1/8/16**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.
#### Creditor with a Foreign Address:
Creditors receiving this notice at a foreign address should read "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303<br>Telephone number: 404–215–1000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>M. Regina Thomas<br>See our website: www.ganb.uscourts.gov |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 10/13/15 |

## EXPLANATIONS    B9A (Official Form 9A) (12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | Neither the Court nor the staff of the bankruptcy clerk's office can give you legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. (See below for additional information regarding telephone and internet access to Bankruptcy Court records). See our website: www.ganb.uscourts.gov |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

An automated response for further information on this case is available 24 hours daily by calling the Multi−Court Voice Case Information System (MCVCIS) toll free number 866−222−8029, and after the initial greeting, press #, then enter 18 (court code) for Georgia Northern Bankruptcy Court. Please have the case number, social security number or debtor name available when calling.

You may visit the Bankruptcy Court to view case information free of charge. Case information may then be printed for 10 cents per page. Members of the bar and the public may access Court records at any time, by obtaining an account with the PACER (Public Access to Court Electronic Records) Service Center (800−676−6856). PACER access is available via the Internet at www.pacer.gov. The cost to use PACER is ten (10) cents per page up to a maximum of $3.00 per document..

```
                              United States Bankruptcy Court
                              Northern District of Georgia
In re:                                                                            Case No. 15-69712-pwb
Barry A Durham                                                                    Chapter 7
         Debtor
                                           CERTIFICATE OF NOTICE
District/off: 113E-9              User: amm                  Page 1 of 2                  Date Rcvd: Oct 13, 2015
                                  Form ID: b9a               Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2015.
db             +Barry A Durham,    3144 Baywood Court,    Conyers, GA 30013-6740
19405295        Best Deals Furniture,    2887 US-78,    Loganville, GA 30052
19405300       +Frost-Arnett Company,    480 James Robertson Pkwy,    Nashville, TN 37219-1212
19405302       +Georgia Power,    96 Annex,   Atlanta, GA 30396-0002
19405303       +Great American Finance Company,    20 N Wacker Dr.,    Suite 2775,    Chicago, IL 60606-3101
19405306       +IRS-Atlanta U.S. Attorney,    Civil Process Clerk,    75 Ted Turner Drive SW, #1800,
                 Atlanta, GA 30303-3331
19405307       +IRS-Chief, Tax Division,    Civil Trial Section,    P.O. Box 14198,    Washington, DC 20044-4198
19405309       +IRS-U.S. Attorney General,    Main Justice Building,    10th & Constitution Ave. NW,
                 Washington, DC 20530-0001
19405305       +Infinity Auto Insurance,    11700 Great Oaks Way #450,    Alpharetta, GA 30022-2491
19405310       +Lendmark Financial Services,    1745 Hwy 138 Suite C-5,    Conyers, GA 30013-5749
19405311       +Medical-Diagnostic Imaging Specialistic,     2901 University Ave,    Columbus, GA 31907-7606
19405312       +National EMS,    1060 Culpepper Drive,    Conyers Ga 30094-5985
19405313       +Newton Medical,    4134 Hwy 278,    Covington, GA 30014-2494
19405314       +North American Credit Svcs,    2810 Walker Rd,    P.O. Box 182221,    Chattanooga, TN 37422-7221
19405315       +Radiotherapy Clinics Of Georgia Llc,    P.o.box 116470,    Atlanta , GA 30368-6470
19405316       +Receivable Management Group,    2901 University Avenue,    #29,    Columbus, GA 31907-7601
19405318       +Rockdale Medical Ctr ER Physicians,    1412 Milstead Avenue NE,    Conyers, GA 30012-3877
19405320       +Title Match USA,    13015 Brown Bridge Road,    Suite 300,    Covington, GA 30016-9110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bankruptcy@sneedlaw.net Oct 13 2015 21:16:44      Shannon D Sneed,
                 Shannon D. Sneed & Associates PC,    2112 Lee Street,   P. O. Box 1245,    Covington, GA 30015
tr             +EDI: BJGWATTS.COM Oct 13 2015 20:43:00      Janet G. Watts,    600 North Glynn Street,    Suite C,
                 Fayetteville, GA 30214-6716
ust             E-mail/Text: ustpregion21.at.ecf@usdoj.gov Oct 13 2015 21:18:54
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
19405296       +EDI: CAPIO.COM Oct 13 2015 20:43:00      Capio Partners,    2222 Texoma Pkwy Ste 150,
                 Sherman, TX 75090-2481
19405297       +EDI: CONVERGENT.COM Oct 13 2015 20:43:00      Convergent Outsourcing,    P.O. Box 9004,
                 Renton, WA 98057-9004
19405298       +EDI: CCS.COM Oct 13 2015 20:43:00      Credit Collection Servic,    P.O. Box 9134,
                 Needham, MA 02494-9134
19405299        E-mail/Text: amask@darnelrecovery.com Oct 13 2015 21:20:51      Darnel Quick Recovery,
                 4134 Highway 278 N,    Covington, GA 30014-2494
19405301        E-mail/Text: BANKRUPTCY@SOUTHSTARENERGY.COM Oct 13 2015 21:19:30       Georgia Natural Gas,
                 Attention: Payment Center,    P.O. Box 105445,    Atlanta, GA 30348-5445
19405304       +EDI: AAEO.COM Oct 13 2015 20:43:00      Home Smart,    1190 West Ave SW,    Conyers, GA 30012-5282
19405308        EDI: IRS.COM Oct 13 2015 20:43:00      IRS-Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
19405317       +EDI: HCA2.COM Oct 13 2015 20:43:00      Rockdale Medical Center,    1412 Milstead Avenue Ne,
                 Conyers, GA 30012-3899
19405319        EDI: NEXTEL.COM Oct 13 2015 20:43:00      Sprint,    P.O. Box 4191,   Carol Stream, IL 60197-4191
19407391       +E-mail/Text: usagan.bk@usdoj.gov Oct 13 2015 21:18:55      U. S. Attorney,
                 600 Richard B. Russell Bldg.,    75 Spring Street, SW,    Atlanta GA 30303-3315
19405321       +E-mail/Text: bankruptcy@wscadc.tzo.com Oct 13 2015 21:19:29       Western Finance,
                 801 S Abe St, Suite 2A,    San Angelo, TX 76903-6735
                                                                                               TOTAL: 14

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2015                                    Signature:  /s/Joseph Speetjens

```
District/off: 113E-9            User: amm                  Page 2 of 2           Date Rcvd: Oct 13, 2015
                                Form ID: b9a               Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2015 at the address(es) listed below:
              Janet G. Watts    janet3870@att.net, GA35@ecfcbis.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Shannon D Sneed    on behalf of Debtor Barry A Durham bankruptcy@sneedlaw.net
                                                                                           TOTAL: 3
```