CO  FILE  DEPT  CLOCK  VCHR. NO.  030
RbT  002094  003320        0000320230   1

Earnings Statement



ROCKDALE COUNTY, GEORGIA
P.O. BOX 289
CONYERS, GEORGIA  30012

Period Ending:    07/31/2015
Pay Date:         08/07/2015

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  0
  GA:       2

00000000084
BARRY  DURHAM
18  WINDCREST  TER
CIRCLE
COVINGTON  GA  30016

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.3802 | 80.00 | 1,470.42 | 21,431.37 |
| O/T Straight | 18.3802 | 9.00 | 165.42 | 551.40 |
| Holiday Pay | | | | 762.60 |
| Leave W/Pay | | | | 73.52 |
| O/T - Emergency | | | | 218.40 |
| Pto | | | | 1,135.25 |
| Work Hol - Strgt | | | | 216.24 |
| **Gross Pay** | | | **$1,635.84** | 24,388.78 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,376.98

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Earns | 1,635.84 | 24,388.78 |
| Gtl | 5.16 | 81.96 |
| Ret Er Match | 114.51 | 1,707.23 |
| Workers Comp | 80.32 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -175.54 | 2,569.18 |
| | Social Security Tax | -92.47 | 1,372.76 |
| | Medicare Tax | -21.63 | 321.05 |
| | GA State Income Tax | -63.77 | 924.45 |
| | Other | | |
| | Dental - Pre | -18.76* | 300.16 |
| | Humana Med | -31.34* | 438.76 |
| | Ltd - Post | -2.94 | 46.86 |
| | Med - Pre | -97.21* | 1,555.36 |
| | Retirement 7% | -114.51* | 1,707.23 |
| | Roth 457 Nation | -25.00 | 400.00 |
| | Std - Post | -3.05 | 48.62 |
| | Vision - Pre | -2.20* | 35.20 |
| **Net Pay** | | **$987.42** | |
| | Checking1 | -987.42 | |
| **Net Check** | | **$0.00** | |

© 2000 ADP, LLC

ROCKDALE COUNTY, GEORGIA
P.O. BOX 289
CONYERS, GEORGIA  30012

Advice number:   00000320230
Pay date:        08/07/2015

Deposited to the account of
BARRY  DURHAM

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0953 | xxxx xxxx | $987.42 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

## Earnings Statement 

ROCKDALE COUNTY, GEORGIA
P.O. BOX 289
CONYERS, GEORGIA  30012

Period Ending:  08/14/2015
Pay Date:  08/21/2015

00000000079
**BARRY  DURHAM**
**18  WINDCREST  TER**
**CIRCLE**
**COVINGTON  GA  30016**

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  0
  GA:  2

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.3802 | 40.00 | 735.21 | 22,166.58 |
| Pto | 18.3802 | 40.00 | 735.21 | 1,870.46 |
| Holiday Pay | | | | 762.60 |
| Leave W/Pay | | | | 73.52 |
| O/T Straight | | | | 551.40 |
| O/T - Emergency | | | | 218.40 |
| Work Hol-Strgt | | | | 216.24 |
| **Gross Pay** | | | **$1,470.42** | 25,859.20 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,223.14

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Earns | 1,470.42 | 25,859.20 |
| Gtl | 5.16 | 87.12 |
| Ret Er Match | 102.93 | 1,810.16 |
| Workers Comp | 72.20 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -152.46 | 2,721.64 |
| | Social Security Tax | -82.21 | 1,454.97 |
| | Medicare Tax | -19.23 | 340.28 |
| | GA State Income Tax | -54.54 | 978.99 |
| | **Other** | | |
| | Dental - Pre | -18.76* | 318.92 |
| | Humana Med | -31.34* | 470.10 |
| | Ltd - Post | -2.94 | 49.80 |
| | Med - Pre | -97.21* | 1,652.57 |
| | Retirement 7% | -102.93* | 1,810.16 |
| | Roth 457 Nation | -25.00 | 425.00 |
| | Std - Post | -3.05 | 51.67 |
| | Vision - Pre | -2.20* | 37.40 |
| | **Net Pay** | **$878.55** | |
| | Checking1 | -878.55 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, LLC

---

ROCKDALE  COUNTY , GEORGIA
P.O. BOX 289
CONYERS , GEORGIA  30012

Advice number:  00000340233
Pay date:  08/21/2015

Deposited  to the account of
**BARRY  DURHAM**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0953 | xxxx  xxxx | $878.55 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**  ADP

ROCKDALE COUNTY, GEORGIA
P.O. BOX 289
CONYERS, GEORGIA  30012

Period Ending:  08/28/2015
Pay Date:       09/04/2015

00000000072
BARRY DURHAM
18 WINDCREST TER
CIRCLE
COVINGTON GA 30016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  GA: 2

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.3802 | 70.00 | 1,286.61 | 23,453.19 |
| O/T Straight | 18.3802 | 3.00 | 55.14 | 606.54 |
| O/T - Emergency | 18.3802 | 6.00 | 165.42 | 383.82 |
| Personal | 18.3802 | 8.00 | 147.04 | 147.04 |
| Pto | 18.3802 | 2.00 | 36.76 | 1,907.22 |
| Holiday Pay | | | | 762.60 |
| Leave W/Pay | | | | 73.52 |
| Work Hol-Strgt | | | | 216.24 |
| **Gross Pay** | | | **$1,690.97** | 27,550.17 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -183.23 | 2,904.87 |
| | Social Security Tax | -95.89 | 1,550.86 |
| | Medicare Tax | -22.42 | 362.70 |
| | GA State Income Tax | -66.84 | 1,045.83 |
| | Other | | |
| | Dental-Pre | -18.76* | 337.68 |
| | Humana Med | -31.34* | 501.44 |
| | Ltd-Post | -2.94 | 52.74 |
| | Med-Pre | -97.21* | 1,749.78 |
| | Retirement 7% | -118.37* | 1,928.53 |
| | Roth 457 Nation | -25.00 | 450.00 |
| | Std-Post | -3.05 | 54.72 |
| | Vision-Pre | -2.20* | 39.60 |
| **Net Pay** | | **$1,023.72** | |
| | Checking1 | -1,023.72 | |

Net Check  $0.00

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,428.25

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Earns | 1,690.97 | 27,550.17 |
| Gtl | 5.16 | 92.28 |
| Ret Er Match | 118.37 | 1,928.53 |
| Workers Comp | 83.03 | |

© 2000 ADP, LLC

ROCKDALE COUNTY, GEORGIA
P.O. BOX 289
CONYERS, GEORGIA  30012

Advice number:  00000360230
Pay date:       09/04/2015

Deposited to the account of
BARRY DURHAM

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0953 | xxxx  xxxx | $1,023.72 |


THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| R5P | 002094 | 000020 | | 0000380232 | 030 |

## Earnings Statement

ADP

ROCKDALE COUNTY, GEORGIA
P.O. BOX 289
CONYERS, GEORGIA  30012

Period Ending:  09/11/2015
Pay Date:       09/18/2015

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  0
  GA:       2

00000000076
BARRY DURHAM
18 WINDCREST TER
CIRCLE
COVINGTON  GA  30016

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.3802 | 72.00 | 1,323.37 | 24,776.56 |
| Holiday Pay | 18.3802 | 8.00 | 147.04 | 909.64 |
| Pto | 18.3802 | 8.00 | 147.04 | 2,054.26 |
| Leave W/Pay | | | | 73.52 |
| O/T Straight | | | | 606.54 |
| O/T - Emergency | | | | 383.82 |
| Personal | | | | 147.04 |
| Work Hol - Strgt | | | | 216.24 |
| **Gross Pay** | | | **$1,617.45** | 29,167.62 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -172.97 | 3,077.84 |
| | Social Security Tax | -91.34 | 1,642.20 |
| | Medicare Tax | -21.36 | 384.06 |
| | GA State Income Tax | -62.74 | 1,108.57 |
| | **Other** | | |
| | Dental - Pre | -18.76* | 356.44 |
| | Humana Med | -31.34* | 532.78 |
| | Ltd - Post | -2.94 | 55.68 |
| | Med - Pre | -97.21* | 1,846.99 |
| | Retirement 7% | -113.22* | 2,041.75 |
| | Roth 457 Nation | -25.00 | 475.00 |
| | Std - Post | -3.05 | 57.77 |
| | Vision - Pre | -2.20* | 41.80 |
| | **Net Pay** | **$975.32** | |
| | Checking1 | -975.32 | |

**Net Check**      **$0.00**

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,359.88

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Earns | 1,617.45 | 29,167.62 |
| Gtl | 5.16 | 97.44 |
| Ret Er Match | 113.22 | 2,041.75 |
| Workers Comp | 79.42 | |

© 2000 ADP, LLC

ROCKDALE COUNTY, GEORGIA
P.O. BOX 289
CONYERS, GEORGIA  30012

Advice number:  00000380232
Pay date:       09/18/2015

Deposited to the account of
BARRY DURHAM

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0953 | xxxx xxxx | $975.32 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CO FILE DEPT CLOCK VCHR NO
R01 002094 003520 0000400237 1 039

ROCKDALE COUNTY, GEORGIA
P.O. BOX 289
CONYERS, GEORGIA 30012

Period Ending: 09/25/2015
Pay Date: 10/02/2015

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  GA: 2

00000000078
BARRY DURHAM
18 WINDCREST TER
CIRCLE
COVINGTON GA 30016

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.3802 | 80.00 | 1,470.42 | 26,246.98 |
| Holiday Pay | | | | 909.64 |
| Leave W/Pay | | | | 73.52 |
| O/T Straight | | | | 606.54 |
| O/T - Emergency | | | | 383.82 |
| Personal | | | | 147.04 |
| Pto | | | | 2,054.26 |
| Work Hol-Strgt | | | | 216.24 |
| **Gross Pay** | | | **$1,470.42** | 30,638.04 |

**Net Check** $0.00

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,223.14

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -152.46 | 3,230.30 |
| | Social Security Tax | -82.21 | 1,724.41 |
| | Medicare Tax | -19.23 | 403.29 |
| | GA State Income Tax | -54.54 | 1,163.11 |
| | **Other** | | |
| | Dental - Pre | -18.76* | 375.20 |
| | Humana Med | -31.34* | 564.12 |
| | Ltd - Post | -2.94 | 58.62 |
| | Med - Pre | -97.21* | 1,944.20 |
| | Retirement 7% | -102.93* | 2,144.68 |
| | Roth 457 Nation | -25.00 | 500.00 |
| | Std - Post | -3.05 | 60.82 |
| | Vision - Pre | -2.20* | 44.00 |
| **Net Pay** | | **$878.55** | |
| | Checking1 | -878.55 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Earns | 1,470.42 | 30,638.04 |
| Gtl | 5.16 | 102.60 |
| Ret Er Match | 102.93 | 2,144.68 |
| Workers Comp | 72.20 | |

© 2000 ADP, LLC

---

ROCKDALE COUNTY, GEORGIA
P.O. BOX 289
CONYERS, GEORGIA 30012

Advice number: 00000400237
Pay date: 10/02/2015

Deposited to the account of
BARRY DURHAM

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0953 | xxxx xxxx | $878.55 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



# Earnings Statement

ROCKDALE COUNTY, GEORGIA
P.O. BOX 289
CONYERS, GEORGIA  30012

Period Ending:  10/09/2015
Pay Date:       10/16/2015

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  0
  GA:       2

00000000073
**BARRY DURHAM**
**18 WINDCREST TER**
**CIRCLE**
**COVINGTON GA 30016**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.3802 | 74.00 | 1,360.13 | 27,607.11 |
| O/T Straight | 18.3802 | 2.00 | 36.76 | 643.30 |
| Pto | 18.3802 | 6.00 | 110.28 | 2,164.54 |
| Holiday Pay | | | | 909.64 |
| Leave W/Pay | | | | 73.52 |
| O/T - Emergency | | | | 383.82 |
| Personal | | | | 147.04 |
| Work Hol - Strgt | | | | 216.24 |
| **Gross Pay** | | | **$1,507.17** | 32,145.21 |

**Net Check**                $0.00

* Excluded from federal taxable wages

  Your federal taxable wages this period are $1,257.32

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Earns | 1,507.17 | 32,145.21 |
| Gtl | 5.16 | 107.76 |
| Ret Er Match | 105.50 | 2,250.18 |
| Workers Comp | 74.00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -157.59 | 3,387.89 |
| | Social Security Tax | -84.50 | 1,808.91 |
| | Medicare Tax | -19.76 | 423.05 |
| | GA State Income Tax | -56.59 | 1,219.70 |
| | Other | | |
| | Dental - Pre | -18.76* | 393.96 |
| | Humana Med | -31.34* | 595.46 |
| | Ltd - Post | -2.94 | 61.56 |
| | Med - Pre | -97.21* | 2,041.41 |
| | Retirement 7% | -105.50* | 2,250.18 |
| | Roth 457 Nation | -25.00 | 525.00 |
| | Std - Post | -3.05 | 63.87 |
| | Vision - Pre | -2.20* | 46.20 |
| **Net Pay** | | **$902.73** | |
| | Checking1 | -902.73 | |

© 2000 ADP, LLC

ROCKDALE COUNTY, GEORGIA
P.O. BOX 289
CONYERS, GEORGIA  30012

Advice number:   00000420231
Pay date:        10/16/2015



Deposited to the account of
**BARRY DURHAM**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0953 | xxxx  xxxx | $902.73 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| R6T | 002094 | 005320 | | 0000440234 | |

# Earnings Statement

**ADP**

ROCKDALE COUNTY, GEORGIA
P.O. BOX 289
CONYERS, GEORGIA  30012

Period Ending: 10/23/2015
Pay Date: 10/30/2015

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0
  GA:  2

00000000074
BARRY DURHAM
18 WINDCREST TER CIRCLE
COVINGTON GA 30016

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.3802 | 60.00 | 1,102.81 | 28,709.92 |
| Pto | 18.3802 | 20.00 | 367.60 | 2,532.14 |
| Holiday Pay | | | | 909.64 |
| Leave W/Pay | | | | 73.52 |
| O/T Straight | | | | 643.30 |
| O/T - Emergency | | | | 383.82 |
| Personal | | | | 147.04 |
| Work Hol - Strgt | | | | 216.24 |
| **Gross Pay** | | | **$1,470.41** | 33,615.62 |

**Net Check          $0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,254.47

### Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -157.16 | 3,545.05 |
| Social Security Tax | -84.16 | 1,893.07 |
| Medicare Tax | -19.68 | 442.73 |
| GA State Income Tax | -56.42 | 1,276.12 |

**Other**

| | | |
|---|---|---|
| Dental - Pre | -18.76* | 412.72 |
| Ltd - Post | -2.94 | 64.50 |
| Med - Pre | -97.21* | 2,138.62 |
| Retirement 7% | -102.93* | 2,353.11 |
| Roth 457 Nation | -50.00 | 575.00 |
| Std - Post | -3.05 | 66.92 |
| Vision - Pre | -2.20* | 48.40 |
| Humana Med | | 595.46 |

**Net Pay        $875.90**

| Checking1 | -875.90 | |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Eligible Earns | 1,470.41 | 33,615.62 |
| Gtl | 5.16 | 112.92 |
| Ret Er Match | 102.93 | 2,353.11 |
| Workers Comp | 72.20 | |

© 2000 ADP, LLC

---

ROCKDALE COUNTY, GEORGIA
P.O. BOX 289
CONYERS, GEORGIA  30012

Advice number: 00000440234
Pay date: 10/30/2015

Deposited to the account of
BARRY DURHAM

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0953 | xxxx  xxxx | $875.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**