**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303
404–215–1000

---

Shannon D Sneed
Shannon D. Sneed & Associates PC
2112 Lee Street
P. O. Box 1245
Covington, GA 30015

December 17, 2015

  In Re:  **Barry A Durham**

      **15–69712–pwb**
    Reaffirmation Agreement, document #8, filed on 12/16/15

Dear Attorney,

You are receiving this email/letter because the Court received a reaffirmation agreement in your client(s)'s case with a deficient attorney certification. A reaffirmation agreement is enforceable only if it complies with 11 U.S.C. § 524(c). Because the presumption of undue hardship has arisen in your client(s)' case, compliance with § 524(c) requires that the agreement contain a *Certification by Debtor's Attorney* that "in the opinion of the attorney, the debtor is able to make the payment." 11 U.S.C. § 524(k)(5)(B).

Currently the matter will not be set for hearing because the agreement is unenforceable and the Court need not consider the disapproval of an unenforceable agreement. See *generally In re Brinkley*, 2013 WL 8020916 (Bankr. D.D.C. 2013); *In re Perez*, 2010 WL 2737187, *2 (Bankr. D.N.M. 2010); *In re Isom*, 2007 WL 2110318, *2 (Bankr. E.D. Va. 2007).

If it is your opinion that, despite the presumption of undue hardship, your client(s) is able to make the required payment, you may file an amended *Certification by Debtor's Attorney* in which you check the box under the *"Certification By Debtor's Attorney"* which generally states: "A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment."

If you file an amended certification, the matter will not be set for hearing and will be enforceable if it otherwise complies with the requirements of the Bankruptcy Code.

Sincerely,


M. Regina Thomas
Clerk of Court


By: Marcie Bennett
Deputy Clerk



cc    Barry A Durham
      Great American Finance Company

Form 525 –Reaffirmation deficiency notice 04–2014