**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

---

Shannon D Sneed
Shannon D. Sneed & Associates PC
2112 Lee Street
P. O. Box 1245
Covington, GA 30015

December 17, 2015

In Re: **Barry A Durham**

**15−69712−pwb**
Reaffirmation Agreement, document #8, filed on 12/16/15

Dear Attorney,

You are receiving this email/letter because the Court received a reaffirmation agreement in your client(s)'s case with a deficient attorney certification. A reaffirmation agreement is enforceable only if it complies with 11 U.S.C. § 524(c). Because the presumption of undue hardship has arisen in your client(s)' case, compliance with § 524(c) requires that the agreement contain a *Certification by Debtor's Attorney* that "in the opinion of the attorney, the debtor is able to make the payment." 11 U.S.C. § 524(k)(5)(B).

Currently the matter will not be set for hearing because the agreement is unenforceable and the Court need not consider the disapproval of an unenforceable agreement. See *generally In re Brinkley*, 2013 WL 8020916 (Bankr. D.D.C. 2013); *In re Perez*, 2010 WL 2737187, *2 (Bankr. D.N.M. 2010); *In re Isom*, 2007 WL 2110318, *2 (Bankr. E.D. Va. 2007).

If it is your opinion that, despite the presumption of undue hardship, your client(s) is able to make the required payment, you may file an amended *Certification by Debtor's Attorney* in which you check the box under the *"Certification By Debtor's Attorney"* which generally states: "A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment."

If you file an amended certification, the matter will not be set for hearing and will be enforceable if it otherwise complies with the requirements of the Bankruptcy Code.

Sincerely,


M. Regina Thomas
Clerk of Court


By: Marcie Bennett
Deputy Clerk



cc     Barry A Durham
       Great American Finance Company

Form 525 −Reaffirmation deficiency notice 04−2014

United States Bankruptcy Court
Northern District of Georgia

In re:
Barry A Durham
      Debtor

Case No. 15-69712-pwb
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113E-9           User: bennettm           Page 1 of 1           Date Rcvd: Dec 17, 2015
                           Form ID: 525           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2015.
db         +Barry A Durham,   3144 Baywood Court,   Conyers, GA 30013-6740
aty        +Shannon D Sneed,   Shannon D. Sneed & Associates PC,   2112 Lee Street,   P. O. Box 1245,
               Covington, GA 30015-1245
19405303     +Great American Finance Company,   20 N Wacker Dr.,   Suite 2775,   Chicago, IL 60606-3101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: bk@gafco.net Dec 17 2015 20:51:19     Great American Finance,   Gonzalo Ruiz,
               20 Wacker Dr. Suite 2275,   Chicago, IL 60606-3096
                                                                                                     TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2015 at the address(es) listed below:
              Great American Finance    gruiz@gafco.net
              Janet G. Watts    janet3870@att.net, GA35@ecfcbis.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Shannon D Sneed    on behalf of Debtor Barry A Durham bankruptcy@sneedlaw.net
                                                                                                                                     TOTAL: 4