Certificate Number: 15317-GAN-DE-026716608

Bankruptcy Case Number: 15-69712



15317-GAN-DE-026716608

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 27, 2015, at 11:30 o'clock AM PST, Barry A Durham completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:  December 27, 2015         By:    /s/Lester D Mariano

                                 Name:  Lester D Mariano

                                 Title: Counselor