## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re:  Debtor(s)
**Barry A Durham**
3144 Baywood Court
Conyers, GA 30013

**xxx–xx–2401**

Case No.: **15–69712–pwb**
Chapter:  **7**
Judge:  **Paul W. Bonapfel**

### DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

Paul W. Bonapfel
United States Bankruptcy Judge

Dated:   February 23, 2016

Form 182

### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
 j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                          Case No. 15-69712-pwb
Barry A Durham                                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9              User: goryy              Page 1 of 2          Date Rcvd: Feb 23, 2016
                                 Form ID: 182             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2016.
db          +Barry A Durham,   3144 Baywood Court,   Conyers, GA 30013-6740
aty         +Shannon D Sneed,   Shannon D. Sneed & Associates PC,   2112 Lee Street,   P. O. Box 1245,
             Covington, GA 30015-1245
19405295     Best Deals Furniture,   2887 US-78,   Loganville, GA 30052
19405300    +Frost-Arnett Company,   480 James Robertson Pkwy,   Nashville, TN 37219-1212
19405302    +Georgia Power,   96 Annex,   Atlanta, GA 30396-0002
19405303    +Great American Finance Company,   20 N Wacker Dr.,   Suite 2775,   Chicago, IL 60606-3101
19405306    +IRS-Atlanta U.S. Attorney,   Civil Process Clerk,   75 Ted Turner Drive SW, #1800,
             Atlanta, GA 30303-3331
19405307    +IRS-Chief, Tax Division,   Civil Trial Section,   P.O. Box 14198,   Washington, DC 20044-4198
19405309    +IRS-U.S. Attorney General,   Main Justice Building,   10th & Constitution Ave. NW,
             Washington, DC 20530-0001
19405305    +Infinity Auto Insurance,   11700 Great Oaks Way #450,   Alpharetta, GA 30022-2491
19405310    +Lendmark Financial Services,   1745 Hwy 138 Suite C-5,   Conyers, GA 30013-5749
19405311    +Medical-Diagnostic Imaging Specialistic,   2901 University Ave,   Columbus, GA 31907-7606
19405312    +National EMS,   1060 Culpepper Drive,   Conyers Ga 30094-5985
19405313    +Newton Medical,   4134 Hwy 278,   Covington, GA 30014-2494
19405314    +North American Credit Svcs,   2810 Walker Rd,   P.O. Box 182221,   Chattanooga, TN 37422-7221
19405315    +Radiotherapy Clinics Of Georgia Llc,   P.o.box 116470,   Atlanta , GA 30368-6470
19405316    +Receivable Management Group,   2901 University Avenue,   #29,   Columbus, GA 31907-7601
19405318    +Rockdale Medical Ctr ER Physicians,   1412 Milstead Avenue NE,   Conyers, GA 30012-3877
19405320    +Title Match USA,   13015 Brown Bridge Road,   Suite 300,   Covington, GA 30016-9110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: BJGWATTS.COM Feb 23 2016 20:18:00     Janet G. Watts,   600 North Glynn Street,   Suite C,
             Fayetteville, GA 30214-6716
ust         +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Feb 23 2016 20:42:08
             Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
             Atlanta, GA 30303-3315
cr          +E-mail/Text: bk@gafco.net Feb 23 2016 20:42:20     Great American Finance,   Gonzalo Ruiz,
             20 Wacker Dr. Suite 2275,   Chicago, IL 60606-3096
19405296    +EDI: CAPIO.COM Feb 23 2016 20:18:00     Capio Partners,   2222 Texoma Pkwy Ste 150,
             Sherman, TX 75090-2481
19405297    +EDI: CONVERGENT.COM Feb 23 2016 20:18:00     Convergent Outsourcing,   P.O. Box 9004,
             Renton, WA 98057-9004
19405298    +EDI: CCS.COM Feb 23 2016 20:18:00     Credit Collection Servic,   P.O. Box 9134,
             Needham, MA 02494-9134
19405299    +E-mail/Text: amask@darnelrecovery.com Feb 23 2016 20:42:56     Darnel Quick Recovery,
             4134 Highway 278 N,   Covington, GA 30014-2494
19405301     E-mail/Text: BANKRUPTCY@SOUTHSTARENERGY.COM Feb 23 2016 20:42:25     Georgia Natural Gas,
             Attention: Payment Center,   P.O. Box 105445,   Atlanta, GA 30348-5445
19405304    +EDI: AAEO.COM Feb 23 2016 20:18:00     Home Smart,   1190 West Ave SW,   Conyers, GA 30012-5282
19405308     EDI: IRS.COM Feb 23 2016 20:18:00     IRS-Internal Revenue Service,   P.O. Box 7346,
             Philadelphia, PA 19101-7346
19405317    +EDI: HCA2.COM Feb 23 2016 20:18:00     Rockdale Medical Center,   1412 Milstead Avenue Ne,
             Conyers, GA 30012-3899
19405319     EDI: NEXTEL.COM Feb 23 2016 20:18:00     Sprint,   P.O. Box 4191,   Carol Stream, IL 60197-4191
19407391    +E-mail/Text: usagan.bk@usdoj.gov Feb 23 2016 20:42:08     U. S. Attorney,
             600 Richard B. Russell Bldg.,   75 Spring Street, SW,   Atlanta GA 30303-3315
19405321    +E-mail/Text: bankruptcy@wscadc.tzo.com Feb 23 2016 20:42:23     Western Finance,
             801 S Abe St, Suite 2A,   San Angelo, TX 76903-6735
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 113E-9          User: goryy              Page 2 of 2              Date Rcvd: Feb 23, 2016
                             Form ID: 182              Total Noticed: 33
```

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2016 at the address(es) listed below:
              Great American Finance    gruiz@gafco.net
              Janet G. Watts    janet3870@att.net,  GA35@ecfcbis.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Shannon D Sneed    on behalf of Debtor Barry A Durham bankruptcy@sneedlaw.net
                                                                               TOTAL: 4